UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| P.M. SHIPPING DE PANAMA, S.A., et al., | § | |
| | § | |
| v. | § | C.A. NO. C-05-310 |
| | § | |
| TRANSATLANTIC CEMENT CARRIERS, INC., et al. | § § | |

## MEMORANDUM OPINION AND ORDER ON DEFENDANT'S MOTION FOR AN EXPEDITED HEARING

On July 8, 2005, the United States Magistrate Judge filed her Memorandum and Recommendation in this cause (D.E. 22). After ample opportunity, no objections have been filed by either party. This Court regards such omission as each party's agreement with and acceptance of the Magistrate Judge's findings of fact and conclusions of law. Having reviewed the pleadings on file, the Court finds no clear error in the Magistrate Judge's memorandum and recommendation. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). This Court adopts as its own the findings and conclusions of the Magistrate Judge with the modification of the date of hearing.

Accordingly, defendant's oral request for an immediate hearing pursuant to Rule E(4)(f) is denied. Defendant received a prompt hearing on July 15, 2005.

ORDERED this 27 day of July, 2005.

HAYDEN HEAD
CHIEF JUDGE